FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER PERNO,<br><br>    Plaintiff,<br><br>    v.<br><br>ENHANCED RECOVERY COMPANY, LLC, a Delaware Limited Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>    Defendants. | No. 2:21-CV-00294-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS PARTY; DIRECTING CLERK TO ISSUE SUMMONS** |

    Before the Court are Plaintiff's Motion to Issue a Summons to a New Defendant, ECF No. 36, and the parties' Stipulated Motion and Agreed Order Dismissing Enhanced Recovery Company, LLC With Prejudice, ECF No. 37. The motions were considered without oral argument. Plaintiff is represented by Robert Mitchell. Defendants are represented by Daniel A. Brown, Richard D. Rivera, and Scott S. Gallagher.

    Plaintiff asks the Court to issue a summons for a newly added Defendant Experian Information Solutions, Inc. Additionally, Plaintiff and Defendant Enhanced Recovery Company, LLC request the Court dismiss Enhanced Recovery Company, LLC with prejudice.

//

**ORDER GRANTING STIPULATED MOTION TO DISMISS PARTY; DIRECTING CLERK TO ISSUE SUMMONS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Issue a Summons to New Defendant Experian Information Solutions, Inc, ECF No. 36, is **GRANTED**.

2. The parties' Stipulated Motion and Agreed Order Dismissing Enhanced Recovery, LLC with Prejudice, ECF No. 37, is **GRANTED**.

3. Pursuant to the agreement between the parties, the Court **DISMISSES** Defendant Enhanced Recovery Company, LLC **with prejudice** and **with each party to bear its own costs and fees**.

4. The Clerk of Court is directed to **issue** the Summons identified in ECF No. 36 and **terminate** Enhanced Recovery as a defendant.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 15th day of December 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS PARTY; DIRECTING CLERK TO ISSUE SUMMONS # 2**