FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER PERNO,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | No. 2:21-CV-00294-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is the parties' Stipulation for Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. Only, ECF No. 48. Plaintiff is represented by Robert W. Mitchell. Defendant is represented by Angela M. Taylor and Sara J. Wadsworth. The motion was heard without oral argument.

    The parties stipulate and agree that Plaintiff's claims asserted against Defendant should be dismissed with prejudice. Each party agreed to bear its own attorneys' fees and costs. Having reviewed the necessary materials and being fully informed, the Court finds good cause to grant the stipulated dismissal. Since Defendant Experian Information Solutions, Inc. is the final remaining defendant in this matter, the Court instructs the Clerk of Court to close the file.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    The parties' Stipulation for Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. Only, ECF No. 48, is **GRANTED**.

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

2. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 6th day of September 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**